# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>XANDRIA D. SERRANO,<br><br>        Defendant. | 4:16CR3138<br><br>**RELEASE ORDER** |

The defendant is released subject to the following:

1) The defendant shall appear at her revocation hearing scheduled for September 22, 2017 at 10:00 a.m. before the Honorable John M., Gerrard in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

2) The defendant shall comply with all terms and conditions of probation which were imposed previously.

June 28, 2017.

                                                  BY THE COURT:

                                                  s/ Cheryl R. Zwart<br>
                                                  United States Magistrate Judge